IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES E. WASHINGTON,<br><br>            Petitioner,<br><br>   v.<br><br>PAUL M. SCHULTZ,<br><br>            Respondent. | CV F 05-0480 OWW WMW HC<br><br>ORDER DENYING<br>MOTION TO VACATE AND<br>RECONSIDER<br><br>[Doc. 12] |

      Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  On May 17, 2005, Petitioner filed a motion entitled, " Ex Parte Motion for Objection to the Magistrate Judge Substitution of Respondent, and Request for Entry of Judgment of Nil Capiat Per Breve or in the Alternative Entry of Default According Wales Default Rule."  On May 25, 2005, the court entered an order denying that motion.

      Petitioner now asks the court to reconsider and vacate its prior order.  After carefully considering Petitioner's arguments, the court finds no basis for reconsideration of its prior

order.  See 78-230(k).   Accordingly, Petitioner's motion is HEREBY DENIED.

IT IS SO ORDERED.

**Dated:   January 11, 2006**           **/s/  William M. Wunderlich**
bl0dc4                                              UNITED STATES MAGISTRATE JUDGE

2