1
2
3
4
5
6
7
8
9
10
11

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| 12 | **JAMES E. WASHINGTON,**    ) | **CV F 05-0480 OWW WMW HC** |
| 13 | **Petitioner,**    ) | **ORDER DENYING** |
| | ) | **MOTION FOR DISPOSITION** |
| 14 | **v.**    ) | **AND CLARIFICATION OF** |
| | ) | **CIVIL DOCKET** |
| 15 | ) | |
| 16 | **PAUL M. SCHULTZ,**    ) | [Doc. 18] |
| | ) | |
| 17 | **Respondent.**    ) | |
| 18 | _____ ) | |

19
20

Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas

corpus pursuant to 28 U.S.C. § 2241.  The matter was referred to a United States Magistrate

Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On March 2, 2006, Petitioner filed a motion concerning the status of this case in light
of this court's failure to initially inform Petitioner of the entry of findings and
recommendations in this case, and of  Petitioner's right to object to those findings and
recommendations.   Petitioner subsequently filed objections to the findings and
recommendations on May 5, 2006, and those objections are being considered by the court.
Thus, the issues addressed in Petitioner's motion have become moot.  Accordingly,
Petitioner's motion for disposition and clarification is HEREBY DENIED as moot.IT IS SO
ORDERED.

Mmkd34**Dated:    February 5, 2007            /s/  William M. Wunderlich**

1   UNITED STATES MAGISTRATE JUDGE
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28