IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES E. WASHINGTON, ) | CV F 05-0480 OWW WMW HC |
| ) | |
| Petitioner, ) | ORDER DENYING |
| ) | MOTION TO RECONSIDER |
| v. ) | ORDER DENYING |
| ) | APPOINTMENT OF COUNSEL |
| ) | |
| PAUL M. SCHULTZ, ) | [Doc. 29] |
| ) | |
| Respondent. ) | |
| _____ ) | |

    Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. On May 4, 2005, the court entered an order denying Petitioner's motion for appointment of counsel.

    Petitioner now asks the court to reconsider its prior order. After carefully considering Petitioner's arguments, the court finds no basis for reconsideration of its prior order. See Local Rule 78-230(k). In particular, the court finds speculative Petitioner's assertions that

he will be unable to draft a traverse in this case.  Accordingly, Petitioner's motion is
HEREBY DENIED.

IT IS SO ORDERED.

**Dated:   April 12, 2007**                              **/s/  William M. Wunderlich**
                                                  UNITED STATES MAGISTRATE JUDGE

2