# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAMES E. WASHINGTON, | ) | CV F 05-0480 LJO WMW HC |
| Petitioner, | ) | ORDER DENYING MOTION TO VACATE |
| v. | ) | [Doc. 45] |
| PAUL M. SCHULTZ, | ) | |
| Respondent. | ) | |

    Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. On March 18, 2008, Petitioner filed a motion to vacate the order of this court entered March 6, 2008, denying a certificate of appealability. There being no basis for this motion, Petitioner's motion is HEREBY DENIED. Petitioner is informed that his appeal was processed and the records of the case were transmitted to the United States Court of Appeals for the Ninth Circuit on March 11, 2008. IT IS SO ORDERED.

Dated: **March 20, 2008**     /s/ Lawrence J. O'Neill
                                                  UNITED STATES DISTRICT JUDGE